UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC SCOTT KINDLEY,<br><br>    Defendant. | ED CR 18-00202 VAP<br>ED CR NO. 18-<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 242: Deprivation of Rights Under Color of Law; 18 U.S.C. § 924(c)(1)(A)(ii): Using and Brandishing of a Firearm During and in Relation to a Crime of Violence] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1. Defendant ERIC SCOTT KINDLEY ("KINDLEY") operated a prison transport company and worked as a prisoner transport officer.

2. Local jails and prisons throughout the United States hired defendant KINDLEY to transport inmates who were arrested on out-of-state warrants.

3. Defendant KINDLEY transported these inmates back to the jurisdictions that initially issued the warrants.

4.  Defendant KINDLEY, by virtue of being hired by local jails and prisons, was required to act in compliance with federal, state and local laws, including the United States Constitution.

5.  M.P. was a female in custody, arrested on an out-of-state warrant, and was transported from Las Vegas, Nevada to San Joaquin County, California by defendant KINDLEY while he was acting in his capacity as a prisoner transport officer.

6.  S.H. was a female in custody, arrested on an out-of-state warrant, and was transported from Marin County, California to Apache County, Arizona by defendant KINDLEY while he was acting in his capacity as a prison transport officer.

7.  Paragraphs 1 through 6 are incorporated by reference in the counts below.

COUNT ONE

[18 U.S.C. § 242]

On or about July 26, 2012, in San Bernardino County, within the Central District of California, and elsewhere, defendant ERIC SCOTT KINDLEY, while acting under the color of law, did force M.P.'s mouth to have contact with his penis, thereby willfully depriving M.P of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and laws of the United States. This act included aggravated sexual abuse and kidnapping.

COUNT TWO

[18 U.S.C. § 242]

On or about January 26, 2017, in San Bernardino County, within the Central District of California, and elsewhere, defendant ERIC SCOTT KINDLEY, while acting under the color of law, did penetrate S.H.'s vagina with his penis against her will, thereby willfully depriving S.H. of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and laws of the United States.  This act resulted in bodily injury and included aggravated sexual abuse, kidnapping, and the use of a dangerous weapon.

## COUNT THREE

[18 U.S.C. § 242]

On or about January 26, 2017, in San Bernardino County, within the Central District of California and elsewhere, defendant ERIC SCOTT KINDLEY, while acting under the color of law, did digitally penetrate S.H.'s vagina against her will, thereby willfully depriving S.H. of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and laws of the United States.  This act included aggravated sexual abuse and the use of a dangerous weapon.

COUNT FOUR

[18 U.S.C. 242]

On or about January 26, 2017, in San Bernardino County, within the Central District of California, and elsewhere, defendant ERIC SCOTT KINDLEY, while acting under the color of law, did force S.H.'s mouth to have contact with his penis, thereby willfully depriving S.H. of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and laws of the United States. This act included aggravated sexual abuse and the use of a dangerous weapon.

## COUNT FIVE

[18 U.S.C. § 924(c)(1)(A)(ii)]

On or about January 26, 2017, in San Bernardino County, within the Central District of California, defendant ERIC SCOTT KINDLEY knowingly used and carried a firearm during and in relation to a crime of violence, namely, Deprivation of Rights Under Color of Law including Aggravated Sexual Abuse, in violation of Title 18, United States Code, Section 242, as charged in Count Two of the Indictment, and in so doing, brandished that firearm.

A TRUE BILL

/S/

Foreperson

JOHN M. GORE
Acting Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

FARA GOLD
Special Litigation Counsel
Criminal Section, Civil Rights Division

MAURA WHITE
Trial Attorney
Criminal Section, Civil Rights Division

NICOLA T. HANNA
United States Attorney
Central District of California

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
Central District of California